IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH D MILLER**　　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*ADC #173449*

V.　　　　　　　　　　CASE NO. 4:20-cv-00523-JM-JTK

**DEXTER PAYNE**
*Director, ADC*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and Miller's timely-filed objections. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

THEREFORE:

1. Miller's § 2254 habeas petition, *Doc. 1*, is DISMISSED WITH PREJUDICE.

2. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 10th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE