# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KENNETH D MILLER**                                                                                     **PETITIONER**
*ADC #173449*

V.                              CASE NO. 4:20-cv-00523-JM-JTK

**DEXTER PAYNE**
*Director, ADC*                                                                                          **RESPONDENT**

### JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed with prejudice.

IT IS ADJUDGED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE